UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARDO ALDAPE,<br><br>    Plaintiff,<br><br>  v.<br><br>CEVA LOGISTICS U.S., INC., et al.,<br><br>    Defendants. | Case No. 20-cv-08713-VC<br><br>**ORDER TO FILE CASE MANAGEMENT STATEMENT** |

  The parties were instructed to file a joint case management statement by 1/27/21, but no such statement was filed. *See* Dkt. No. 18. The parties are re-instructed to file a joint case management statement by no later than 5 p.m. on Monday, February 1.

  **IT IS SO ORDERED.**

Dated: January 29, 2021

_____
VINCE CHHABRIA
United States District Judge